**FILED**

May 25, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____ SAJ _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Cause No.: 7:22-CR-00121** |
| Plaintiff | |
| v | **INDICTMENT** |
| **(1) TRAVIS SULLIVAN**<br>**(2) MARK HODGE** | **COUNT 1:** 21 U.S.C. § 841(a)(1) and 846 - Controlled Substances – Conspiracy to Possess with Intent to Distribute |
| Defendants | |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### [21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846]

Beginning on or about April 1, 2022 and continuing until on or about April 25, 2022, in the Western District of Texas and elsewhere, Defendants,

### (1) TRAVIS SULLIVAN and
### (2) MARK HODGE,

did; combine, conspire, confederate and agree together, with each other, and with other persons known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.

A TRUE BILL



FOREPERSON

1

ASHLEY C. HOFF
United States Attorney

By: _____
      Brandi Young
      Assistant United States Attorney