PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Western District Of Texas

U.S.A. vs. Mark Hodge                                     Docket No. [0542 7:22CR00121]-[002]

FILED SEP 29 2022 CLERK, U.S. DISTRICT CLERK WESTERN DISTRICT OF TEXAS BY ___ DEPUTY

### Petition for Action on Conditions of Pretrial Release

COMES NOW Krystal Matta, pretrial services/probation officer, presenting an official report upon the conduct of defendant Mark Hodge, who was placed under pretrial release supervision by the Honorable Ronald C Griffin, sitting in the court at Western District of Texas - Midland/Odessa Division on the 6th date of May, 2022 under the following conditions:

> 7(m) Not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> 7(m) The defendant submitted to a random urinalysis on September 14, 2022, which returned positive for cannabinoids.

PRAYING THAT THE COURT WILL ORDER the issuance of an arrest warrant and a show cause hearing be held to determine why the defendant's bond should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/27/2022

ORDER OF COURT

Considered and ordered this 27th day of September, 2022 and ordered filed and made a part of the records in the above case.

_____
U.S. ~~District Judge~~/Magistrate Judge

_Krystal M. Matta_
U.S. Pretrial Services/Probation Officer

Place

The U.S. Attorney's Office is in agreement and so moves under the provisions of Title 18 USC Section 3148.



Assistant U.S. Attorney

Digitally signed by BRANDI YOUNG
Date: 2022.09.28 17:43:59 -05'00'

Date