PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Western District Of Texas

FILED
OCT 11 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

U.S.A. vs. Mark Hodge

Docket No. [0542 7:22CR00121]-[002]

## AMENDED

### Petition for Action on Conditions of Pretrial Release

COMES NOW Krystal Matta, pretrial services/probation officer, presenting an official report upon the conduct of defendant Mark Hodge, who was placed under pretrial release supervision by the Honorable Ronald C Griffin, sitting in the court at Western District of Texas - Midland/Odessa Division on the 6th date of May, 2022 under the following conditions:

7(m) Not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

7(m) The defendant submitted to a random urinalysis on September 14, 2022, which returned positive for cannabinoids. Lab confirmation for sample obtained September 14, 2022 was received on October 5, 2022.
The defendant submitted to a random urinalysis on September 27, 2022, which returned positive for amphetamines. Lab confirmation for sample obtained September 27, 2022 is pending.

PRAYING THAT THE COURT WILL ORDER the issuance of an arrest warrant and a show cause hearing be held to determine why the defendant's bond should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/11/2022

_____
Krystal M. Matta
U.S. Pretrial Services/Probation Officer

Place

### ORDER OF COURT

Considered and ordered this 11th day of October, 2022 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate Judge